FILED

2019 OCT -2   PM 4:19

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>PEDRO JAVIER VILLALOBOS,<br>JOSE ANGEL VERA,<br>  aka "Whino,"<br>FRANK NERIDA,<br>  aka "Sneaky,"<br>KEVAN RYAN PEREZ,<br>MICHAEL RIVERA DELGADO,<br>  aka "Player,"<br>ROSEMBER JIMENEZ, JR.,<br>  aka "Junior," and<br>LUIS FERNANDO RODRIGUEZ,<br><br>          Defendants. | SACR19-00167-DOC<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 371: Conspiracy;<br>18 U.S.C § 922(a)(1)(A): Engaging<br>in the Business of Dealing in<br>Firearms Without a License;<br>18 U.S.C. § 922(g)(1): Felon in<br>Possession of Firearms and<br>Ammunition; 18 U.S.C. § 2(a):<br>Aiding and Abetting] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 371]

[DEFENDANTS VILLALOBOS, DELGADO, and JIMENEZ]

A.   INTRODUCTORY ALLEGATION

At all times relevant to this Indictment, neither defendants PEDRO JAVIER VILLALOBOS, MICHAEL RIVERA DELGADO, also known as ("aka") "Player," ROSEMBER JIMENEZ, JR., aka "Junior," nor any other co-conspirator had a federal firearms license issued by the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and thus no participant was licensed to import, manufacture, or deal in firearms.

B.   OBJECT OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury, and continuing until at least on or about September 18, 2019, in Orange County, within the Central District of California, and elsewhere, defendants VILLALOBOS, DELGADO, and JIMENEZ, and others known and unknown to the Grand Jury, conspired with each other to engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A).

C.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE
     ACCOMPLISHED

The object of the conspiracy was to be accomplished, in substance, as follows:

1.   Defendant VILLALOBOS would arrange to sell firearms to customers.

1        2.    Defendant VILLALOBOS would communicate with defendants

2    DELGADO and JIMENEZ, and other individuals in possession of firearms

3    for sale.

4        3.    Defendants DELGADO and JIMENEZ would sell the firearms to

5    customers.

6        4.    Defendant VILLALOBOS would receive a fee for brokering the

7    firearms sale.

8    D.   <u>OVERT ACTS</u>

9        On or about the following dates, in furtherance of the

10   conspiracy and to accomplish the object of the conspiracy, defendants

11   VILLALOBOS, DELGADO, and JIMENEZ, and others known and unknown to the

12   Grand Jury, committed various overt acts within the Central District

13   of California, and elsewhere, including, but not limited to, the

14   following:

15   **August 21, 2019 Sale of a Rifle**

16      <u>Overt Act No. 1:</u>   On or about August 21, 2019, in telephone

17   calls and text messages using coded language, defendant VILLALOBOS

18   arranged to sell a Ruger rifle to a person he believed was a firearms

19   customer, but who was, in fact, a confidential source working with

20   the ATF (the "Confidential Source").

21      <u>Overt Act No. 2:</u>   On or about August 21, 2019, at a parking

22   lot in Santa Ana, California, defendant VILLALOBOS and Jose Angel

23   Vera met with the Confidential Source and a person they believed was

24   a firearms customer, but who was, in fact, an undercover law

25   enforcement agent (the "Undercover Agent").

26      <u>Overt Act No. 3:</u>   On or about August 21, 2019, Vera sold the

27   Undercover Agent a Ruger, model AR-556, 5.56 x 45 caliber rifle,

28

1  bearing serial number 85308851, and approximately 38 rounds of

2  Federal Cartridge Company 5.56 caliber American Eagle ammunition.

3  **August 26, 2019 Sale of a Pistol**

4      Overt Act No. 4:   On or about August 23, 2019, defendant

5  VILLALOBOS agreed to sell the Confidential Source a firearm on August

6  26, 2019.

7      Overt Act No. 5:   On or about August 26, 2019, in Santa Ana,

8  California, defendant VILLALOBOS drove Kevan Perez to meet with the

9  Confidential Source and the Undercover Agent at a residence on Bewley

10  Street in Santa Ana.

11      Overt Act No. 6:   On or about August 26, 2019, inside the

12  residence on Bewley Street in Santa Ana, California, Frank Nerida

13  handed Perez a Glock, model 22, .40 caliber pistol, bearing serial

14  number LKD439.

15      Overt Act No. 7:   On or about August 26, 2019, Perez sold the

16  Undercover Agent the Glock pistol from Nerida, for $800.

17      Overt Act No. 8:   On or about August 26, 2019, defendant

18  VILLALOBOS accepted $30 from the Undercover Agent for brokering the

19  sale of the Glock pistol.

20  **August 28, 2019 Sale of Two Pistols**

21      Overt Act No. 9:   On or about August 28, 2019, in telephone

22  calls using coded language, defendant VILLALOBOS arranged to sell two

23  firearms to the Undercover Agent, as brokered by the Confidential

24  Source, at a tattoo parlor in Santa Ana, California.

25      Overt Act No. 10:   On or about August 28, 2019, at a tattoo

26  parlor in Santa Ana, California, defendants VILLALOBOS and DELGADO

27  met with the Confidential Source and Undercover Agent.

28

Overt Act No. 11:   On or about August 28, 2019, defendant DELGADO sold the Undercover Agent a Sedco Industries, model SP22, .22 caliber pistol, bearing serial number 005897 and a Glock-type .40 caliber pistol, bearing no serial number, for a total of $1,500.

**August 29, 2019 Sale of Two Pistols**

Overt Act No. 12:   On or about August 29, 2019, in telephone calls and text messages using coded language, defendant VILLALOBOS agreed to sell the Undercover Agent two firearms later that day at a tattoo parlor in Santa Ana, California.

Overt Act No. 13:   On or about August 29, 2019, at a tattoo parlor in Santa Ana, California, defendant DELGADO sold the Undercover Agent a black Glock-type .40 caliber pistol, bearing no serial number and a black and blue Glock-type .40 caliber pistol, bearing no serial number on the frame, but bearing serial number BFDY956 on the slide, for $1,800.

Overt Act No. 14:   On or about August 29, 2019, defendant DELGADO told the Undercover Agent to contact defendant VILLALOBOS if the Undercover Agent wanted to buy more firearms from defendant DELGADO.

**September 3, 2019 Sale of a Pistol and a Shotgun**

Overt Act No. 15:   Between on or about August 29, 2019 and on or about September 3, 2019, in telephone calls and text messages using coded language, defendant VILLALOBOS arranged to sell the Undercover Agent firearms.

Overt Act No. 16:   On or about September 3, 2019, in defendant VILLALOBOS's garage in Santa Ana, California, defendants VILLALOBOS and JIMENEZ met the Undercover Agent to sell the Undercover Agent firearms.

1        Overt Act No. 17:   On or about September 3, 2019, defendant

2    JIMENEZ sold the Undercover Agent a Colt 1911-type .45 caliber

3    pistol, bearing no serial number, for $900.

4        Overt Act No. 18:   On or about September 3, 2019, defendant

5    JIMENEZ offered to sell the Undercover Agent a shotgun.

6        Overt Act No. 19:   On or about September 3, 2019, defendant

7    JIMENEZ sold the Undercover Agent a Mossberg, model 500, 12-gauge

8    shotgun, bearing serial number H350482, and eight rounds of Fiocchi

9    12-gauge ammunition, for $1,200.

10       Overt Act No. 20:   On or about September 3, 2019, defendant

11   VILLALOBOS accepted $200 from the Undercover Agent for brokering the

12   sale of both firearms from defendant JIMENEZ.

13   **September 4, 2019 Purchase of Two Rifles and a Shotgun**

14       Overt Act No. 21:   Between on or about September 3, 2019 and on

15   or about September 4, 2019, defendant VILLALOBOS agreed to sell

16   additional firearms to the Undercover Agent.

17       Overt Act No. 22:   On or about September 4, 2019, defendants

18   JIMENEZ and VILLALOBOS carried into defendant VILLALOBOS's garage, a

19   Mossberg, model 590, 12-gauge shotgun, bearing serial number T882353;

20   a Spike's Tactical, model ST15, multi-caliber rifle bearing serial

21   number NSL115779; and an AR-type rifle bearing no serial number.

22       Overt Act No. 23:   On or about September 4, 2019, in defendant

23   VILLALOBOS's garage, defendant JIMENEZ sold to the Undercover Agent

24   the Mossberg shotgun, the Spike's Tactical rifle, and the AR-type

25   rifle, for $4,800.

26       Overt Act No. 24:   On or about September 4, 2019, defendant

27   VILLALOBOS accepted $300 from the Undercover Agent for brokering the

28   sale of the three firearms from defendant JIMENEZ.

**September 5, 2019 Purchase of a Pistol and Three Rifles**

Overt Act No. 25:   Between on or about September 4, 2019 and on or about September 5, 2019, defendant VILLALOBOS arranged to sell the Undercover Agent additional firearms at a tattoo parlor and at defendant VILLALOBOS's house.

Overt Act No. 26:   On or about September 5, 2019, at a tattoo parlor in Santa Ana, California, defendant DELGADO sold an HS Produkt/IM Metal, model XD9, 9mm pistol, bearing serial number US837504, for $900.

Overt Act No. 27:   On or about September 5, 2019, in defendant VILLALOBOS's garage, defendants VILLALOBOS and JIMENEZ met with the Undercover Agent to sell the Undercover Agent firearms.

Overt Act No. 28:   On or about September 5, 2019, defendant JIMENEZ sold the Undercover Agent a Savage Arms, model 10, .243 caliber rifle, bearing serial number G887194, and two AR-type rifles bearing no serial numbers, for $5,000.

Overt Act No. 29:   On or about September 5, 2019, defendant VILLALOBOS accepted $300 from the Undercover Agent as a brokering fee.

**September 18, 2019 Sale of a Pistol**

Overt Act No. 30:   On or about September 18, 2019, defendant VILLALOBOS arranged to sell the Undercover Agent additional firearms.

Overt Act No. 31:   On or about September 18, 2019, in defendant VILLALOBOS's garage, defendant VILLALOBOS and Luis Fernando Rodriguez met with the Undercover Agent to sell the Undercover Agent a firearm.

Overt Act No. 32:   On or about September 18, 2019, Rodriguez sold the Undercover Agent a Glock, model 22, .40 caliber pistol, bearing serial number NEW012, and approximately 101 rounds of

Cartuchos Deportivos de Mexico .40 S&W ammunition and six rounds of Winchester .40 S&W ammunition, for $1,500.

Overt Act No. 33:   On or about September 18, 2019, defendant VILLALOBOS accepted $600 from the Undercover Agent for brokering the sale of firearms.

COUNT TWO

[18 U.S.C. §§ 922(a)(1)(A); 2(a)]

[DEFENDANTS VILLALOBOS, DELGADO, and JIMENEZ]

Beginning on or about August 21, 2019, and continuing until on or about September 18, 2019, in Orange County, within the Central District of California, defendants PEDRO JAVIER VILLALOBOS, MICHAEL RIVERA DELGADO, aka "Player," and ROSEMBER JIMENEZ, JR., aka "Junior," not being licensed importers, manufacturers, or dealers of firearms, each aiding and abetting the other, willfully engaged in the business of dealing in firearms, specifically, the sales of the following firearms, on or about the following dates:

| DATE | DEFENDANT(S) | FIREARM(S) |
|------|-------------|-----------|
| August 21, 2019 | VILLALOBOS | a Ruger, model AR-556, 5.56 x 45 caliber rifle, bearing serial number 85308851 |
| August 26, 2019 | VILLALOBOS | a Glock, model 22, .40 caliber pistol, bearing serial number LKD439 |
| August 28, 2019 | VILLALOBOS and DELGADO | (1) a Sedco Industries, Model SP22, .22 caliber pistol, bearing serial number 005897; and<br>(2) a Glock-type .40 caliber pistol, bearing no serial number |
| August 29, 2019 | VILLALOBOS and DELGADO | (1) a Glock-type .40 caliber pistol, bearing no serial number; and<br>(2) a Glock-type .40 caliber pistol, bearing no serial number on the frame, but bearing serial number BFDY956 on the slide |

| DATE | DEFENDANT(S) | FIREARM(S) |
|------|--------------|------------|
| September 3, 2019 | VILLALOBOS and JIMENEZ | (1) a Colt 1911-type .45 caliber pistol, bearing no serial number; and<br><br>(2) a Mossberg, model 500, 12-gauge shotgun, bearing serial number H350482 |
| September 4, 2019 | VILLALOBOS and JIMENEZ | (1) a Mossberg, model 590, 12-gauge shotgun, bearing serial number T882353;<br><br>(2) an AR-type rifle, bearing no serial number; and<br><br>(3) a Spike's Tactical, model ST15, multi-caliber rifle, bearing serial number NSL115779 |
| September 5, 2019 | VILLALOBOS and DELGADO | an HS Produkt/IM Metal, model XD-0, 9mm semi-automatic pistol, bearing serial number US837504 |
| September 5, 2019 | VILLALOBOS and JIMENEZ | (1) a Savage Arms, model 10, .243 caliber rifle, bearing serial number G887194; and<br><br>(2) two AR-type rifles, each bearing no serial number |
| September 18, 2019 | VILLALOBOS | a Glock, model 22, .40 caliber semi-automatic pistol, bearing serial number NEW012 |

COUNT THREE

[18 U.S.C. § 922(g)(1)]

[DEFENDANT VERA]

On or about August 21, 2019, in Orange County, within the Central District of California, defendant JOSE ANGEL VERA, aka "Whino," knowingly possessed a firearm, namely, a Ruger, model AR-556, 5.56 caliber rifle, bearing serial number 85308851, and ammunition, namely, approximately 38 rounds of Federal Cartridge Company 5.56 caliber American Eagle ammunition, in and affecting interstate and foreign commerce.

Defendant VERA possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Assault with Force Likely to Produce Great Bodily Injury, in violation of California Penal Code Section 245(a)(4), in the Superior Court for the State of California, County of Orange, Case Number 13CF1539, on or about July 29, 2013; and

(2) Vandalism in an Amount Under $400 – Gang Related, in violation of California Penal Code Sections 186.22(d) – 594(a)/(b)(2)(A), in the Superior Court for the State of California, County of Orange, Case Number 15CF1339, on or about July 17, 2015.

COUNT FOUR

[18 U.S.C. § 922(g)(1)]

[DEFENDANT NERIDA]

On or about August 26, 2019, in Orange County, within the Central District of California, defendant FRANK NERIDA, aka "Sneaky," knowingly possessed a firearm, namely, a Glock, model 22, .40 caliber pistol, bearing serial number LKD439, in and affecting interstate and foreign commerce.

Defendant NERIDA possessed such firearm knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Unlawful Driving or Taking of a Vehicle, in violation of California Vehicle Code Section 10851(a), Receiving Stolen Property, in violation of California Penal Code Section 496(a), and Evading an Officer, in violation of California Vehicle Code Section 2800.2, in the Superior Court for the State of California, County of Orange, Case Number 94CF3231, on or about January 3, 1995;

(2) Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11377(a), in the Superior Court for the State of California, County of Orange, Case Number 95CF2087, on or about August 17, 1995;

(3) Possession of a Firearm by a Felon, in violation of California Penal Code Section 12021(a)(1), and Street Terrorism, in violation of California Penal Code Section 186.22, in the Superior Court for the State of California, County of Orange, Case Number 01CF2892, on or about November 9, 2001;

(4) Racketeer Influenced and Corrupt Organization Conspiracy, in violation of Title 18, United States Code, Section 1962(d), in the

United States District Court for the Central District of California, Case Number SA CR 05-124-DOC, on or about November 21, 2005; and

  (5) Possession of a Firearm by a Felon, in violation of California Penal Code Section 12021(a)(1), in the Superior Court for the State of California, County of Orange, Case Number 09CF0944, on or about April 28, 2009.

COUNT FIVE

[18 U.S.C. § 922(g)(1)]

[DEFENDANT PEREZ]

On or about August 26, 2019, in Orange County, within the Central District of California, defendant KEVAN RYAN PEREZ, knowingly possessed a firearm, namely, a Glock, model 22, .40 caliber pistol, bearing serial number LKD439, in and affecting interstate and foreign commerce.

Defendant PEREZ possessed such firearm knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Possession for Sale of a Controlled Substance (Methamphetamine), in violation of California Health and Safety Code Section 11378; Possession for Sale of a Controlled Substance (Cocaine), in violation of California Health and Safety Code Section 11351, Possession of a Controlled Substance with Firearm, in violation of California Penal Code Section 11370.1; and Possession of a Deadly Weapon, in violation of California Penal Code Section 12020(a)(1), in the Superior Court for the State of California, County of Orange, Case Number 08CF3671, on or about January 2, 2009;

(2) Grand Theft, in violation of California Penal Code Section 487(a), in the Superior Court for the State of California, County of Orange, Case Number 12CF3107, on or about April 30, 2013; and

(3) Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11378, in the Superior Court for the State of California, County of Orange, Case Number 13CF2477, on or about September 17, 2013.

14

COUNT SIX

[18 U.S.C. § 922(g)(1)]

[DEFENDANT DELGADO]

On or about August 28, 2019, in Orange County, within the Central District of California, defendant MICHAEL RIVERA DELGADO, also known as "Player," knowingly possessed a firearm, namely, a Ceska Zbrojovkan, model P10 pistol, bearing serial number C481002, in and affecting interstate and foreign commerce.

Defendant DELGADO possessed such firearm knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Hit and Run - Death or Injury, in violation of California Vehicle Code Section 20001(a), in the Superior Court for the State of California, County of Riverside, Case Number RIF140041, on or about December 17, 2007;

(2) Assault with a Firearm, in violation of California Penal Code Section 245(a)(2), in the Superior Court for the State of California, County of Orange, Case Number 08CF1856, on or about January 15, 2010; and

(3) Criminal Threats, in violation of California Penal Code Section 422(a), in the Superior Court for the State of California, County of Orange, Case Number 16CF1198, on or about December 14, 2016.

COUNT SEVEN

[18 U.S.C. § 922(g)(1)]

[DEFENDANT JIMENEZ]

On or about September 3, 2019, in Orange County, within the Central District of California, defendant ROSEMBER JIMENEZ, JR., aka "Junior," knowingly possessed a firearm, namely, a Mossberg, model 500, 12-gauge shotgun, bearing serial number H350482, and ammunition, namely, eight rounds of Fiocchi brand 12-gauge ammunition, in and affecting interstate and foreign commerce.

Defendant JIMENEZ possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Unlawful Sexual Intercourse with a Minor, in violation of California Penal Code Section 261.5(c), in the Superior Court for the State of California, County of Orange, Case Number 09CF0229, on or about June 19, 2009; and

(2) Aggravated Assault on a Firefighter or Peace Officer, in violation of California Penal Code Section 245(c), in the Superior Court for the State of California, County of Orange, Case Number 11CF0227, on or about September 13, 2013.

COUNT EIGHT

[18 U.S.C. § 922(g)(1)]

[DEFENDANT JIMENEZ]

On or about September 4, 2019, in Orange County, within the Central District of California, defendant ROSEMBER JIMENEZ, JR., aka "Junior," knowingly possessed firearms, namely, a Mossberg, model 590, 12-gauge shotgun, bearing serial number T882353, and a Spike's Tactical, model ST15, multi-caliber rifle, bearing serial number NSL115779, and ammunition, namely, approximately 50 rounds of Federal Cartridge Company 12-gauge ammunition and approximately 30 rounds of Winchester 5.56 caliber ammunition, in and affecting interstate and foreign commerce.

Defendant JIMENEZ possessed such firearms and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Unlawful Sexual Intercourse with a Minor, in violation of California Penal Code Section 261.5(c), in the Superior Court for the State of California, County of Orange, Case Number 09CF0229, on or about June 19, 2009; and

(2) Aggravated Assault on a Firefighter or Peace Officer, in violation of California Penal Code Section 245(c), in the Superior Court for the State of California, County of Orange, Case Number 11CF0227, on or about September 13, 2013.

COUNT NINE

[18 U.S.C. § 922(g)(1)]

[DEFENDANT DELGADO]

On or about September 5, 2019, in Orange County, within the Central District of California, defendant MICHAEL RIVERA DELGADO, aka "Player," knowingly possessed a firearm, namely, an HS Produkt/IM Metal, model XD-9, 9mm semi-automatic pistol, bearing serial number US837504, in and affecting interstate and foreign commerce.

Defendant DELGADO possessed such firearm knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Hit and Run - Death or Injury, in violation of California Vehicle Code Section 20001(a), in the Superior Court for the State of California, County of Riverside, Case Number RIF140041, on or about December 17, 2007;

(2) Assault with a Firearm, in violation of California Penal Code Section 245(a)(2), in the Superior Court for the State of California, County of Orange, Case Number 08CF1856, on or about January 15, 2010; and

(3) Criminal Threats, in violation of California Penal Code Section 422(a), in the Superior Court for the State of California, County of Orange, Case Number 16CF1198, on or about December 14, 2016.

COUNT TEN

[18 U.S.C. § 922(g)(1)]

[DEFENDANT JIMENEZ]

On or about September 5, 2019, in Orange County, within the Central District of California, defendant ROSEMBER JIMENEZ, JR., aka "Junior," knowingly possessed a firearm, namely, a Savage Arms, model 10, .243 caliber rifle, bearing serial number G887194, in and affecting interstate and foreign commerce.

Defendant JIMENEZ possessed such firearm knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Unlawful Sexual Intercourse with a Minor, in violation of California Penal Code Section 261.5(c), in the Superior Court for the State of California, County of Orange, Case Number 09CF0229, on or about June 19, 2009; and

(2) Aggravated Assault on a Firefighter or Peace Officer, in violation of California Penal Code Section 245(c), in the Superior Court for the State of California, County of Orange, Case Number 11CF0227, on or about September 13, 2013.

COUNT ELEVEN

[18 U.S.C. § 922(g)(1)]

[DEFENDANT RODRIGUEZ]

On or about September 18, 2019, in Orange County, within the Central District of California, defendant LUIS FERNANDO RODRIGUEZ knowingly possessed a firearm, namely, a Glock, model 22, .40 caliber semi-automatic pistol, bearing serial number NEW012, and ammunition, namely, approximately 101 rounds of Cartuchos Deportivos de Mexico .40 S&W caliber ammunition and six rounds of Winchester .40 S&W caliber ammunition in and affecting interstate and foreign commerce.

Defendant RODRIGUEZ possessed such firearm and ammunition knowing that he had previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, namely, Corporal Injury on a Spouse, in violation of California Penal Code

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

Section 273.5(a), in the Superior Court for the State of California, County of Orange, Case Number 09CF2478, on or about April 25, 2011.

A TRUE BILL

_____ /s/ _____
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

ANNE C. GANNON
Assistant United States Attorney
Santa Ana Branch Office

21